UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RONALD PREZ WAGONER, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 3:18-CV-348-PLR |
| v. ) | 3:12-CR-85-PLR-DCP-1 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

Ronald Prez Wagoner ("Petitioner") has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Criminal Court File No. 76).[1] In an Order entered on September 11, 2018, this Court allotted Petitioner thirty days to bring his pro se request into compliance with Rules 2(b)(1) and (2) of the Rules Governing Section 2255 Proceedings or face dismissal of this action [Doc. 77]. The Court went on to inform Petitioner that failure to comply with the Court's Order would result in his filing being stricken from the record, leaving nothing upon which to base the requested § 2255 relief.

Thirty days has passed and Petitioner has not resubmitted his petition as ordered or filed any response to the Court's Order. In light of Petitioner's failure to bring his filing into compliance with Rules 2(b)(1) and (2) of the Rules Governing 2255 Proceedings, his Motion [Doc. 76] is **DENIED** and case [E.D. Tenn. Case No. 3:18-CV-348-PLR] is **DISMISSED without prejudice**.

---

[1] Each document will be identified by the Court File Number assigned to it in the underlying criminal case.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**